**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

8 | ROBERT YOUNG,                                          No. C-11-4985 EMC (pr)

9 | Petitioner,

10 | v.                                              **ORDER TO SHOW CAUSE**

11 | CONNIE GIPSON, *et al.*,

12 | Respondents.
_____/
13

14      Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28

15 U.S.C. § 2254. The Court has reviewed the petition and concludes that it warrants a response.

16      Accordingly, IT IS HEREBY ORDERED as follows:

17      (1)      The Clerk of the Court shall serve a copy of the petition and this order upon

18 Respondent and the Attorney General. *See* Section 2254 Rule 4. The Clerk of the Court shall also

19 serve a copy of this order upon Petitioner's counsel.

20      (2)      Respondent shall file and serve an answer to the petition in accordance with Section

21 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

22      (3)      Petitioner may serve and file a traverse responding to matters raised in the answer in

23 accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

24

25 Dated: September 25, 2012

26

27      _____
EDWARD M. CHEN
United States District Judge

28