**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT YOUNG,

      Petitioner,

  v.

CONNIE GIPSON, *et al.*,

      Respondents.
_____/

No. C-11-4985 EMC (pr)

**ORDER TO SHOW CAUSE**

      Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed the petition and concludes that it warrants a response.

      Accordingly, IT IS HEREBY ORDERED as follows:

      (1)    The Clerk of the Court shall serve a copy of the petition and this order upon Respondent and the Attorney General. *See* Section 2254 Rule 4. The Clerk of the Court shall also serve a copy of this order upon Petitioner's counsel.

      (2)    Respondent shall file and serve an answer to the petition in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

      (3)    Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

Dated: September 25, 2012

_____
EDWARD M. CHEN
United States District Judge