1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT YOUNG,

          Petitioner,

   v.

CONNIE GIPSON, Warden, et al.,

          Respondents.

Case No.  11-cv-04985-JST (PR)

**NOTICE ADVISING PARTIES OF
COURT'S TENTATIVE ORDER**

The Court has prepared a tentative order in response to Robert Young's petition for writ of habeas corpus, noticed for hearing on July 27, 2015.  The tentative order is attached at Exhibit A. The tentative order has been issued solely to assist counsel in preparing for oral argument.  The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.

     **IT IS SO ORDERED.**

Dated:  July 22, 2015

_____
JON S. TIGAR
United States District Judge